# United States District Court

## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

**Dennis Paige**, a.k.a. "Detroit Slim", "Slim", "Dennis R. Paige", "Dennis Roderick Paige, Jr.",

**Sarah Dutton**, a.k.a. ""Princess", "Sassy", Jessika Watts; and,

**Hortense Canty**, a.k.a. "Tiffany"," Boo", 'Bubblegum"

22610 Trillium, Novi, Michigan.

FILED MAR 20 2008 CLERK'S OFFICE DETROIT

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-30137

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __August, 2007 through March 20, 2008__ in __Oakland__ County, in the Eastern District of Michigan, and elsewhere defendant(s) did,
recruit, entice and transport a minor to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591; and transport a minor in interstate commerce with the intent to engage the minor in prostitution, in violation of Title 18, United States Code, Section 2423(a) and transport any individual in interstate commerce with the intent that the person transported engage in prostitution, in violation of Title 18, United States Code, Section 2421 and did aid and abet each other in the commission of the above offenses, in violation 18 United States Code Section 2

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:   X  Yes   ☐ No

_____
Signature of Complainant
SA Christopher Johnson
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

March 20, 2005                              at  Detroit, Michigan

Date                                        City and State

STEVEN D. PEPE
United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT COMPLAINT

EDWARD A. PRICE, FBI TASK FORCE OFFICER, being duly sworn, deposes and states as follows:

1. Your affiant is a duly appointed Task Force Officer of the FBI and employed by the Department of Michigan State Police since January, 1995. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, of the United States Code. I am currently assigned to the Southeast Michigan Crimes Against Children (SEMCAC) Task Force in the Detroit Division of the FBI and have been assigned investigations involving child sexual exploitation.

2. The statements contained in this Affidavit are based on my personal involvement in this investigation, my experience and background as a Michigan State Police Officer and Task Force Officer and on information provided by other agents of the FBI, and other law enforcement officers. I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date in order to establish probable cause to charge Dennis Paige, a.k.a. "Detroit Slim", "Slim", "Dennis R. Paige", "Dennis Roderick Paige, Jr.", (hereafter referred to as PAIGE); Sarah Dutton, a.k.a. ""Princess", "Sassy", Jessika Watts (hereafter referred to as DUTTON); and Hortense Canty, a.k.a. "Tiffany"," Boo", 'Bubblegum" (hereafter referred to as CANTY) with recruiting, enticing and transporting a minor to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591; and transporting a minor in interstate commerce with the intent to engage the minor in prostitution, in violation of Title 18, United States Code, Section 2423(a) and transporting any individual in interstate commerce with the intent that the person transported engage in prostitution, in violation of Title 18, United States Code, Section 2421.

3. Applicable Statutes: based on facts set forth below, there is probable cause to believe that the following offenses have been committed;

    a) Transportation of an individual for prostitution, in violation of 18 U.S.C. §2421
    b) Transportation of minors to engage in criminal sexual activity in violation of 18 U.S.C. §2423(a)
    c) Sex trafficking of children or by force or coercion in violation of 18 U.S.C. §1591
    d) Aiding and abetting a felony offense, in violation of 18 U.S.C. §2

**FACTS AND BACKGROUND SURROUNDING THIS INVESTIGATION**

4. This investigation to date has identified Dennis Paige (aka "Detroit Slim") as a "pimp", that is, an individual pandering minors and adults in the Detroit Metro, Michigan area, Columbus, Ohio and Chicago, Illinois. The investigation has identified two minors and three adults who have been advertised as prostitutes on the website www.craigslist.org and www.eros.com for the purpose of providing sexual acts in exchange for money.

5. On June 15, 2006, Madison Heights, Michigan Police Department arrested DUTTON and a female identified as Samantha Hudack, date of birth July 3, 1987, for accosting and soliciting. Madison Heights Police Officer Hartunian replied to an advertisement in the Detroit News Adult Classifieds Section for an escort identified as "Sassy." A woman who stated her name was "Sassy" answered that phone and asked if Ofc. Hartunian was looking for an in-call or out-call. Ofc. Hartunian told her he wanted an out-call and that he was at 14 Mile Road and Stephenson in the Extended Stay America Hotel. DUTTON advised the out-call rate is $200 per girl. Ofc. Hartunian arranged for two escorts to meet him at the hotel and was to be charged $400. Surveillance observed both girls arrive at the hotel in a 2000 Mercedes. DUTTON and another girl identified as Samantha Hudack entered the hotel room. DUTTON asked if he had all of the money. Ofc. Hartunian placed the money on the table next to the bed. DUTTON told Ofc. Hartunian to touch her so she would know that he was not the police. Ofc. Hartunian gave DUTTON a hug and DUTTON took Ofc. Hartunian's hand and slid it down to her butt. DUTTON told Ofc. Hartunian that they were not bi-sexual and they were only going to have sex with him. DUTTON pulled out a Trojan condom from her purse and opened it. DUTTON and Hudack were then placed under arrested. DUTTON's vehicle was seized during the arrest. DUTTON's residence during the time of arrest was 57610 Windham Drive, Washington Township, MI 48094. This is the same address that PAIGE was using during this time period.

- On July 29, 2006, Wayne County Sheriff Department arrested DUTTON and a female identified as Crystal Ray, date of birth of September 5, 1983, for accosting and soliciting. DUTTON used the name "Jessica Watts" during her arrest. The male subject wanted fellatio for fifty-dollars and sex for one-hundred-dollars from DUTTON and Ray. DUTTON was later interviewed by Special Agent Angela Ryan, Detroit FBI and advised that she was a prostitute but was not working for a pimp. DUTTON stated that she use to work for a pimp named "Detroit Slim" (PAIGE). Dutton said that she had not worked for "Detroit Slim" for over one year. It should be noted that during DUTTON's arrest she was in possession of a business card with the name "Sassy." The business

card was titled Slim Girl's with an email address of dslim@comcast.net and a telephone number, (586)615-0479[1].

6. November 8-14, 2006, Metrotimes weekly publication posted an advertisement for DUTTON and other unknown females under "Detroit's Top Models." The advertisement used the (248)240-0610 as the contact telephone number. Through the course of the investigation, the affiant has learned that there exists no such modeling agency by that name, nor is DUTTON a model or model recruiter, rather she is a known prostitute.

7. Through the course of this investigation, affiant has learned that Craigslist.com and Eros.com are websites utilized for and created specifically for escort purposes, respectively, and used to facilitate prostitution enterprises. The listings on craigslist.org were grouped under the heading "Erotic." On November 17, 2006, an internet check of www.eros.com[2] and www.craigslist.org[3] was conducted and determined that DUTTON was advertising under the name of "Princess" and utilizing the (248)240-0610 as a contact number. The advertisement contained language regarding prices for "in-call" and "out-call". "Based on affiant's training and experience, the advertisements were posted for the purpose of prostitution.

8. During June 2007 and July 2007, the investigation revealed that numerous advertisements continued to be posted on www.craigslist.org for DUTTON and other unknown females utilizing the (248)240-0610 as a contact number. Based on the language contained in the ad such as "Hello Gentlemen, My name is Princess and I am just the beauty you have been searching for to fulfill your every erotic fantasy"and reference to "in-call' or "out-call" and affiant's training and experience, the advertisements were posted for the purpose of facilitating prostitution. (248)240-0610 is a Sprint cell phone which is subscribed by Dennis Paige of 22610 Trillium, Novi, Michigan. The phone is given to DUTTON and utilized for the purpose of operating a criminal enterprise.

9. On July 23, 2007, surveillance was conducted at 22610 Trillium in the City of Novi, MI and your affiant observed the following vehicles parked in the driveway:

    a. 2006 Chevrolet Trailblazer, black in color, Michigan Plate of 4GJZ19. The vehicle is registered to Timothy J Lewis of 29486 Ashland Ave Apt. 202, Harrison Twp, MI 48045.

---

[1] Telephone number (586)615-0479 was subscribed to by Dennis Paige with a mailing address of 57610 Windham Drive, Washington Twp MI. The telephone number (586)615-0479 was switched to (248)240-0610 on October 26, 2006.
[2] www.eros.com is a website used by prostitutes to post advertisements for sex in exchange for money.
[3] www.craigslist.org is a website used by prostitutes to post advertisements for sex in exchange for money.

3

    b. b. 2000 Mercedes Benz, black in color, Michigan paper registration plate of WYN 087. The vehicle is registered to Lance Linell McDonald of 10862 Pardee Rd, Taylor, MI 48180.

10. McDonald's vehicle is being driven by DUTTON and parked at DUTTON's and PAIGE's residence. Internet checks during the month of July 2007 of www.craigslist.org revealed there were numerous advertisements posted for CANTY utilizing (313)475-0108, subscribed to by Dennis Paige with a mailing address of 22610 Trillium Loop, Novi, MI.

11. On September 5, 2007, affiant conducted a search on www.myspace.com and located a My Space webpage for PAIGE. The My Space page displays numerous photographs of PAIGE. The page also displays known prostitutes who are working for PAIGE. It should be noted that the introduction song to PAIGE's My Space page is of PAIGE rapping (singing) about the "Game" and "Pimping". PAIGE's song refers to putting females on the street for prostitution and making him (PAIGE) money. PAIGE is also referring to controlling the same females.

12. An advertisement was posted on www.craigslist.org for a girl (hereinafter referred to as V-1) on August 29, 2007, in Southfield, Michigan utilizing the (248)240-0610 as the contact telephone number. This advertisement would have been posted prior to the V-1's 18th eighteenth birthday. Based on affiant's training and experience the advertisement was posted for the purpose of prostitution.

13. Affiant has checked Michigan Secretary of State Records and identified V-1's birthday as October 7, 1989. I have also matched V-1's Michigan Driver's License photograph with the photograph posted on www.craigslist.org. An advertisement for V-1 was posted on www.craigslist.org on September 27, 2007, in Cleveland, Ohio utilizing the (248)240-0610 a contact telephone number. The advertisement read, "Hi guys, my name is Lee and I'm just the sexy Asian playmate you've been fantasizing about. ... Recent and accurate photos! I am available for incalls/outcalls all day! Call me! 248---twofourzero-0610 The sexy Miss Lee ***I'm TER reviewed!**" This advertisement would have been posted prior to V-1's eighteenth birthday.

14. On October 16, 2007, nine days after V-1's 18th birthday, Downers Grove Police Department in Illinois conducted an undercover police operation based on information gathered from an advertisement on www.craigslist.org which appeared to offer sex in exchange for money. The female listed on the advertisement was CANTY. The advertisement read "Tiffany incall/outcall 248-974-2714." The advertisement featured CANTY in provocative poses and in various states of undress. The second female listed on the advertisement was V-1. The advertisement read "Ms. Lee I'm available for you all day incall/outcall 248-974-2715." The advertisements featured V-1 posing nude and engaged in a lascivious display of her genitals. These same photographs of V-1 posing naked were also posted on the internet (www.craigslist.org) prior to YANG's eighteenth birthday. Officer McGreal called the listed number and talked to CANTY. CANTY agreed to one-hundred-and-fifty-dollars for "everything, full service." CANTY told Officer McGreal she was located at the Extend Stay Hotel on Finley Road in Downers

4

Grove. (Illinois) CANTY agreed to have sex and perform fellatio. CANTY was arrested in room number 333 for prostitution. Prior to Downers Grove Police officers leaving the Hotel they observed V-1 in the first floor laundry room. Officer McGreal spoke with V-1 in the laundry room of the hotel. V-1 agreed to perform a sex act on Officer McGreal for one-hundred-dollars. V-1 was arrested for prostitution and advised of her Miranda Warnings. She stated advised that she and CANTY traveled from Detroit, Michigan to Downers Grove, Illinois about a week prior for the sole purpose of having sex for money. V-1 stated that they had been in the area for one week and she averaged seeing two to five clients a day. V-1 stated that CANTY paid someone five dollars a day to post their advertisements on www.craigslist.org. CANTY and V-1 did not have a vehicle at the hotel.

15. CANTY's and V-1's bond was posted by PAIGE. The bond amount was one hundred dollars each. PAIGE was driving the 2007 Cadillac Escalade (See paragraph 18) when he posted the bond and picked up CANTY and V-1 from the Downers Grove Police Department.

16. On October 19, 2007, surveillance was conducted on 22610 Trillium Loop in the City of Novi, MI (Target Location). DUTTON was observed exiting the Target Location and entering the black Chevrolet Trailblazer referenced in paragraph 9. DUTTON drove to the Motel 6 located at 38300 Grand River Ave., Farmington Hills, MI. DUTTON went to the Motel 6 office and then entered room number 210. Shortly after DUTTON entered room 210, an unknown, white male entered the room. Later, the unknown, white male exited room 210 and an unknown female, who was later identified as V-1, exited room 210. V-1 entered the Chevrolet Trailblazer being operated by DUTTON. DUTTON drove V-1 back to the Trillium Loop address.

17. On October 26, 2007, surveillance was conducted on 22610 Trillium Loop, Novi, Michigan. PAIGE was observed leaving driving the 2007 Cadillac Escalade. PAIGE was followed to 5500 Vancouver Street in the City of Detroit, MI. CANTY was observed leaving 22610 Trillium Loop driving the 2006 Chevrolet Trailblazer. CANTY was followed to Northland Mall in the City of Southfield, MI. While having 22610 Trillium Loop under surveillance your affiant observed two advertisements posted on www.craigslist.org for DUTTON (utilizing the (248)240-0610 as a contact number) and CANTY (utilizing (248)974-2715 as a contact number). Based on affiant's training and experience the advertisements were posted for the purpose of prostitution. DUTTON was observed leaving 22610 Trillium Loop driving the 2000 Mercedes Benz. DUTTON was followed to the Motel 6 located at 38300 Grand River Ave, Farmington Hills, MI. DUTTON entered room number 240. A short time later an unknown, white male entered room 240. Twenty minutes later the same unknown, white male exited room 240, entered a 2007 Ford Expedition, and left the area. Based on your affiant's training and experience with investigating prostitution cases the above incident would be consistent with an act of prostitution. DUTTON left room 240 and drove the 2000 Mercedes back to 22610 Trillium Loop.

18. On November 8, 2007, PAIGE was arrested by the Wayne County Sheriff's Department for Offering to Engage with a prostitute. When PAIGE was arrested he was driving the

2007 Cadillac Escalade. A search of the vehicle revealed the following: State of Michigan Driver's Licenses for known prostitutes; a room key card for Extended Stay Hotel in Illinois; Express Mail label from Dennis Paige of 5500 Vancouver, Detroit, MI 48204, sent to Laverne Snipes of 5100 Pacific, Detroit, MI 48204; two United States Postal money order receipts totaling one-thousand-three-hundred-and-twenty-five-dollars; a DTE Energy bill for 22610 Trillium Loop, Novi, MI 48375, addressed to PAIGE; a Sprint receipt for a pink cellular phone with an ESN of A000000518DF74 which was purchased on November 5, 2007; Wayne County Clerk assumed name paperwork for 5500 Block Records with a business address of 5500 Vancouver, Detroit, MI 48204, with the person conducting business to be PAIGE listing his residence address as 22610 Trillium Loop, Novi, Michigan; photographs of PAIGE, DUTTON, CANTY and other unknown individuals; and a handwritten phone list with names of individuals who are connected with the prostitution business.

19. The investigation has shown that advertisements posted on www.eros.com were posted utilizing PAIGE's name. The records also indicate that advertisements were posted in Michigan, Ohio, Illinois and Washington, D.C.

20. On December 19, 2007, DUTTON and CANTY had separate advertisements on www.craigslist.org and provided (248)240-0610 as their contact number. The affiant has learned through the course of this investigation that multiple advertisements are listed with the above phone number as the contact number. DUTTON then fields all calls to the phone and arranges for prostitution encounters between callers and the women who work with DUTTON. Based on affiant's training and experience the advertisements listing (248)240-0610 as the contact number were posted for the purpose of prostitution.

21. On March 12, 2008, a series of telephone calls were intercepted pursuant to ntercept wire communications on cellular phone (248)240-0610 was signed by Eastern District of Michigan, United States District Judge Denise Page Hood. PAIGE was intercepted talking to DUTTON about a "regular client in Commerce, MI", the amount of money she had made, and whether she should remain with the client until he was able to borrow more money. PAIGE gave directions and advice to DUTTON on how to handle the situation.

22. Between March 12, 2008 and March 19, 2008, the following information was intercepted over wire communications on cellular phone (248)240-0610. DUTTON used the computer located at 22610 Trillium Loop, Novi, Michigan to post advertisements for the prostitutes on www.craigslist.org, including a 17 year-old girl, V-2. DUTTON knows that one of the prostitutes (V-2) is 17 years old. PAIGE is transporting V-2 and an 18 year old girl, V-3, to a hotel in Columbus, Ohio for the purpose of that juvenile to have sex in exchange in money. DUTTON advises PAIGE that she used the computer at 22610 Trillium Loop, Novi, Michigan in an attempt to locate a prostitute on the internet who's name and number she received as a reference for a "client" who wanted to meet V-2 and V-3 in Columbus. DUTTON contacts PAIGE and advises of the scheduled prostitution event in Ohio.

23. On March 17, 2008, Affiant observed PAIGE transport individuals who I believed to be V-2 and V-3 from his residence of 22610 Trillium, Novi, Michigan to the Ramada Hotel located at 4900 Sinclair Rd, Columbus, Ohio. The hotel room number was 378. The hotel room was registered to Dennis Paige of 22610 Trillium Loop, Novi, Michigan.

24. An undercover sting was conducted utilizing an advertisement from www.eros.com which used (248)240-0610 as the contact number. The individuals arrested were identified as V-2 and V-3.

25. On March 18 and 19, 2008, Affiant intercepted wire communications containing information that DUTTON and CANTY had contacted the Columbus Police Department posing as relatives or friends of V-2 and V-3. Further, PAIGE had arranged for the transport of V-2 from Ohio after she was released by the Columbus Police Department. On March 19, 2008 V-2 after having been returned to 22610 Trillium Loop was advertised on www.craigslist.org in the Detroit Metro area under the alias of "Lacey".

## CONCLUSION

Based on the above information, I have probable cause to believe that there have been one or more violations of:

    a) transportation of an individual for prostitution, in violation of 18 U.S.C. §2421
    b) transportation of minors to engage in criminal sexual activity in violation of 18 U.S.C. §2423(a)
    c) sex trafficking of children or by force or coercion in violation of 18 U.S.C. §1591
    d) Title 18, United States Code, §2.

*[signature]*
Special Agent Christopher Johnson
Federal Bureau of Investigation

Sworn to before me and subscribed in the presence this 20th day of March, 2008.

*[signature]*
Honorable Steven D. Pepe
United States Magistrate Judge

7