UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      No. 08-20192

vs.                                District Judge Nancy G. Edmunds

                                     Magistrate Judge R. Steven Whalen

DENNIS PAIGE,

    Defendant.

_____ /

## ORDER VACATING APPOINTMENT OF COUNSEL

It now appearing that the Order appointing the Federal Defender Office [Docket #42] was entered in error on May 27, 2008,

IT IS THEREFORE ORDERED that said appointment order [Docket #42] is hereby VACATED.

SO ORDERED.

                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 2, 2008.

                                          S/Gina Wilson
                                          Judicial Assistant