| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>28951 | DATE<br>03/08/2019 |
|---|---|---|---|---|

| NAME<br>PAIGE, Dennis | | OFFICER<br>Corey D. Elder | JUDGE<br>Nancy G. Edmunds | DOCKET #<br>08-CR-20192-01 |
|---|---|---|---|---|

| ORIGINAL SENTENCE DATE<br>08/18/2009<br><br>COMMENCED<br>02/08/2019<br><br>EXPIRATION<br>02/07/2024 | SUPERVISION TYPE<br>Supervised Release | CRIMINAL HISTORY CATEGORY<br>III | TOTAL OFFENSE LEVEL<br>38 | PHOTO |
|---|---|---|---|---|

**REPORT PURPOSE**

**TO REQUEST MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE BE ADDRESSED AT THE HEARING SCHEDULED FOR MARCH 21, 2019, AT 10:30 A.M.**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**

Count 2: 18 U.S.C. § 2421, Transportation for Prostitution;

Counts 3 and 6: 18 U.S.C. § 2423(a) and (e), Transportation of a Minor for Criminal Sexual Activity;

Count 5: 18 U.S.C. §1591(a), Sex Trafficking of Children;

Count 9: 18 U.S.C. § 2252A(a)(2), Interstate Distribution of Child Pornography

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 120 months on Count 2 and 150 months on Counts 3, 5, 6, and 9. All counts are to be served concurrent. To be followed by a two-year term of supervised release on Count 2 and a five-year term of supervised release on Counts 3, 5, 6, and 9. All counts to be served concurrent.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 40 hours per week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week seeking additional employment.
2. If necessary, the defendant shall comply with any state, federal or local laws pertaining to registering as a sex offender

| PROB 12B (Rev. 08/18) | SUPERVISION REPORT REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | U. S. Probation Office Eastern District of Michigan (Rev. 10/99) | PACTS 28951 | DATE 03/08/2019 |
|---|---|---|---|---|

| NAME PAIGE, Dennis | OFFICER Corey D. Elder | JUDGE Nancy G. Edmunds | DOCKET # 08-CR-20192-01 |
|---|---|---|---|

3.  The defendant shall not have contact of any kind with children under the age of 18, without prior approval of the probation officer. The defendant shall not frequent places where children congregate on a regular basis (such as, but not limited to, school grounds, playgrounds, child toy stores, video arcades, etc.).

 Criminal Monetary Penalty: Special Assessment $500.00 (paid).

## PETITIONING THE COURT

To modify the conditions of supervised release as follows:

**Special Conditions to be removed**:

"If necessary, the defendant shall comply with any state, federal or local laws pertaining to registering as a sex offender."

**Special Conditions to be added**:

"The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the United States Bureau of Prisons, or any state sex offender registration agency in which he/she resides, works, is a student, or was convicted of a qualifying offense."

"The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, as directed by the probation officer. Reports pertaining to sex offender assessments and treatment shall be provided to the probation officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs in an amount determined by the probation officer."

"The defendant shall be required to submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or treatment. No violation proceedings will arise solely on the results of a polygraph examination. Based on the defendant's ability to pay, the defendant shall pay the cost of the polygraph examination in an amount determined by the probation officer."

"The defendant shall not have contact, directly or indirectly, with any victim or witness in the instant offense, unless approved by the probation officer."

"The defendant shall notify anyone they date or marry with a minor child under the age of eighteen (18) of their conviction."

"The defendant shall have employment pre-approved by the probation department. The defendant shall not be employed at or participate in any volunteer activities that involve contact with minors under the age of eighteen (18) or adults with disabilities, without prior approval from the probation officer."

| PROB 12B (Rev. 08/18) | SUPERVISION REPORT<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | U. S. Probation Office<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>28951 | DATE<br>03/08/2019 |
|---|---|---|---|---|

| NAME<br>PAIGE, Dennis | OFFICER<br>Corey D. Elder | JUDGE<br>Nancy G. Edmunds | DOCKET #<br>08-CR-20192-01 |
|---|---|---|---|

"The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords and Internet Service Provider(s), that the defendant has potential access to and abide by all rules of the United States Probation Department's Computer Monitoring Program. The defendant shall only access a computer approved by the probation officer. The defendant shall consent to the probation officer conducting periodic, unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the United States Probation Department at a reasonable time and manner. You shall inform any other residents that the premises and your computer may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.)."

"The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary."

On February 12, 2019, DENNIS PAIGE refused to sign a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release that included the modifications listed above. Therefore, the probation department is seeking a hearing to resolve this situation.

## CAUSE

The Eastern District of Michigan's goal is to prevent further victimization; protect communities; provide effective treatment; and to respond to identified client needs with appropriate services. The Eastern District of Michigan utilizes the Containment Model for supervising persons who have been convicted of a sex offense. The primary objectives of the Containment Model are to promote and ensure public safety, victim protection and reparation for victims. This approach seeks to support persons under supervision in their successful return to society through supervision techniques of the probation department, sex offender specific therapy and polygraph. It holds sex offenders accountable through the combined use of supervision, surveillance, treatment and community support networks.

The Association for the Treatment of Sexual Abusers (ATSA) advises that polygraph is an important component of sex offender treatment. Research shows sex offenders who take polygraphs, in conjunction with sex offender treatment, are more likely to succeed on supervision than those who do not, thereby, reducing the risk the supervisee may pose to the community. The probation department would like to modify PAIGE's conditions to include polygraphing and sex offender specific therapy to ensure compliance with treatment and supervision.

A review of the offense conduct in PAIGE's presentence report shows a heavy reliance on the internet for advertising the victims listed in this case. For that reason, the probation department feels it is necessary to add a condition of supervision allowing us to monitor his internet activity. We also feel it is necessary to prohibit any contact with minors or the victims in this case.

| PROB 12B (Rev. 08/18) | SUPERVISION REPORT<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER | U. S. Probation Office<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>28951 | DATE<br>03/08/2019 |
|---|---|---|---|---|

| NAME<br>PAIGE, Dennis | OFFICER<br>Corey D. Elder | JUDGE<br>Nancy G. Edmunds | DOCKET #<br>08-CR-20192-01 |
|---|---|---|---|

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on March 5, 2019, revealed no new criminal activity.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| PROBATION OFFICER<br>s/Corey D. Elder/lat<br>(734) 741-2051 | DISTRIBUTION<br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br>s/Ann R. Smith<br>(734) 741-2076 | PROBATION ROUTING<br>Data Entry |

**THE COURT ORDERS:**

[X]   Hearing on March 21, 2019, at 10:30 a.m. to address requested modifications of supervised release.

[ ]   Other

X   _Nancy G. Edmunds_
United States District Judge

_____
Date